UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILARY PALENCAR,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-1189 |
| v. : | (MANNION, D.J.) |
|  | (CARLSON, M.J.) |
| **STANLEY RAIJSKI**, <u>et</u> <u>al.</u>, : | |
| Defendants : | |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report and recommendation of Judge Carlson, **(Doc. 3)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)**   the plaintiff's objections to the report and recommendation of Judge Carlson, **(Doc. 4)**, are **OVERRULED**;

**(3)**   all claims against the Maine defendants in the above-captioned matter are **TRANSFERRED** to the United States District Court for the District of Maine;

**(4)**   the plaintiff is **DIRECTED** to file an amended complaint solely with respect to the claims against defendant Raijski **on or before Monday, September 28, 2015**; and

**(5)**   the instant action is remanded to Judge Carlson for all further pre-trial proceedings.

           s/ *Malachy E. Mannion*
           **MALACHY E. MANNION**
           **United States District Judge**

**Date:  September 8, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1189-01-ORDER.wpd