# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **HILARY PALENCAR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) 1:15-cv-00371-JDL |
| **BRENDA THERIAULT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 11) with the court on October 23, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on November 10, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 11) is hereby **ADOPTED**. The plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

Dated: December 1, 2015

/s/ Jon D. Levy
**U.S. DISTRICT JUDGE**